**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1744**

In Re:  JASON CARL THOMAS,

              Petitioner.

On Petition for Writ of Mandamus.
(5:13-hc-02050-D)

Submitted:  October 10, 2013          Decided:  November 6, 2013

Before DUNCAN, KEENAN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jason Carl Thomas, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Carl Thomas petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for habeas corpus relief. He seeks an order from this court directing the district court to act. After reviewing the district court's docket, we confirmed that the district court has ruled on Thomas's motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED